FILE COPY

RE: Case No. 25-0048　　　　　　　　DATE: 1/22/2025
COA #: 15-24-00029　　　　　　　　TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

　　　Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **March 5, 2025.**

MR. RANCE L. CRAFT
OFFICE OF THE TEXAS ATTORNEY GENERAL
P.O. BOX 12548 (MC 059)
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *

RE: Case No. 25-0048                          DATE: 1/22/2025
COA #: 15-24-00029                            TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

     Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **March 5, 2025.**

                  MS. LYNN E. SAARINEN
                  OFFICE OF THE ATTORNEY GENERAL
                  P.O. BOX 12548 (MC017)
                  AUSTIN, TX  787711-2548
                  * DELIVERED VIA E-MAIL *

RE: Case No. 25-0048                          DATE: 1/22/2025
COA #: 15-24-00029                            TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

    Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **March 5, 2025.**

        MR. JEFFREY L. OLDHAM
        BRACEWELL LLP
        711 LOUISIANA STREET, SUITE 2300
        HOUSTON, TX  77002-2770
        * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0048                    DATE: 1/22/2025
COA #: 15-24-00029                       TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

    Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under Tex. R. App. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **March 5, 2025.**

MR. MATTHEW  NIELSEN
BRACEWELL LLP
1445 ROSS AVE STE 3800
DALLAS, TX  75202-2724
\* DELIVERED VIA E-MAIL \*

RE: Case No. 25-0048                    DATE: 1/22/2025
COA #: 15-24-00029                      TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

    Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **March 5, 2025.**


                    CHRISTOPHER  PRINE
                    FIFTEENTH COURT OF APPEALS
                    P.O, BOX 12852
                    AUSTIN, TX  78711
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0048                    DATE: 1/22/2025
   COA #: 15-24-00029                   TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

    Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **March 5, 2025.**

DISTRICT CLERK  DALLAS COUNTY
DALLAS COUNTY COURTHOUSE
GEORGE L. ALLEN, SR. COURTS BUILDING
600 COMMERCE, SUITE 103
DALLAS, TX  75202
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0048                    DATE: 1/22/2025
COA #: 15-24-00029                      TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **March 5, 2025.**

MS. JANET MARIE SPUGNARDI
CITY ATTORNEY'S OFFICE
825 W. IRVING BLVD.
IRVING, TX  75060
\* DELIVERED VIA E-MAIL \*